B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania (Philadelphia)

In re _____,         Case No.  11-11849

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Oak Harbor Capital II, L.L.C. | FIA Card Services, NA As Successor In Interest to Bank of America NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Oak Harbor Capital II, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Phone:  (877) 332-3543
Last Four Digits of Acct #:  9506

Name and Address where transferee payments should be sent (if different from above):
Oak Harbor Capital II, L.L.C.
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA  98124

Phone:  (877) 332-3543
Last Four Digits of Acct #:  9506

Court Claim # (if known):  _____
Amount of Claim:  $1054.14
Date Claim Filed:  _____

Phone:  _____
Last Four Digits of Acct #:  9506

Seller Information
FIA Card Services, NA As Successor In Interest to Bank of America NA
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA  98124

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Richard S. Ralston, WA Bar No. 8546         Date: July 27, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

Form 210B (10/06)

# United States Bankruptcy Court
# Eastern District Of Pennsylvania (Philadelphia)

In Re:  JOANNE WIERNUSZ               Case No.   11-11849

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.        (if known) was filed or deemed filed under 11 U.S.C. 1111 (a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on July 27, 2011.

| Transferor | Transferee |
|---|---|
| FIA Card Services, NA As Successor In Interest to Bank of America NA | Oak Harbor Capital II, L.L.C. |

Name and Address where notices to transferee should be sent:

Oak Harbor Capital II, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Address of Alleged Transferor
FIA Card Services, NA As Successor In Interest to Bank of America NA

### DEADLINE TO OBJECT TO TRANSFER

The alleged Transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____      _____
                                                                **CLERK OF THE COURT**

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571.*