# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILDELPHIA DIVISION

IN RE:

    JOHN E WIERNUSZ                    CASE NO. **11-11849-jkf**
    JOANNE S WIERNUSZ              CHAPTER 13
    Debtors,                              JUDGE JEAN K FITZSIMON

**APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**

Now comes Oak Harbor Capital, L.L.C., a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), and requests that all notices required to be mailed or served in this case be directed to:

    Lawrence G Reinhold, Esquire
    Weinstein & Riley, P.S.
    525 Rocky Hollow Drive
    Akron, Ohio 44313-5945
    lawrencer@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lawrence G Reinhold hereby enters Notice of Appearance as Counsel in this matter on behalf of Oak Harbor Capital, L.L.C..

Dated: October 5, 2011                    /s/ *Lawrence G Reinhold*
                                           **LAWRENCE G REINHOLD**
                                           Attorney for Oak Harbor Capital, L.L.C.
                                           525 Rocky Hollow Drive
                                           Akron, Ohio 44313-5945
                                           (330) 869-2833
                                           facsimile number: (330) 869-2844
                                           lawrencer@w-legal.com
                                           Pennsylvania Bar Number: 51764